*MC*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*original*
*Judge*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

JAN 0 3 2020 *hm*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ernest Brown
_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J. Dart

Acting superintendent Jason Cianciarulo

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

Case
(To

1:20-cv-0059
Judge: John Z. Lee
Magistrate Judge: Susan E. Cox
PC 9

**CHECK ONE ONLY:**

___X___      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____      COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____      OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A.   Name: Ernest Brown

    B.   List all aliases: N/A

    C.   Prisoner identification number: M15079

    D.   Place of present confinement: Pinckneyville C C

    E.   Address: 5835 State route 154
                Pinckneyville, IL 62374-3410

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: Thomas J. Dart

        Title: Sheriff of Cook County

        Place of Employment: Sheriff's office of Cook County

    B.   Defendant: _____

        Title: _____

        Place of Employment: _____

    C.   Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: Ernest Brown VS. Thomas Dart 14C 3032

B.  Approximate date of filing lawsuit: 2014

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D.  List all defendants: Thomas J Dart
Cara Smith
Bilqis Jacob-EL

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois, Eastern Division

F.  Name of judge to whom case was assigned: Honorable Judge John Z. Lee

G.  Basic claim made: Condition of Confinment

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It over

I.  Approximate date of disposition: July of 2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the date of Dec 27th, 2018 to Oct 22ND, 2018 I was forced to stay in a condemnable division 6, 9 and 10 living quarters of Cook County Jail that was later deemed to be unhabitable and unsuitable living conditions forced on by Thomas J. Dart and CCJ Directors to live in. All 3 divisions, mice, rats and roaches infested cells and dayrooms, Nets (fruit flies) bugs in shower stall areas, As well as unknown insects Filthy unsanitary showering areas with a multitude of mold and mildew covering the floors and walls, and lime Various erosion covered shower heads and drinking water fountains. Numerous areas of dead mice and rats around wall bases of living quarters and live mice and rats roamed rapidly about in and out of cells and dayrooms. Inoperable sinks and toilets in cells and inoperable showers. Unattentive Staff to these deplorable living conditions and the complaints I made thereof. I was given Jail issue shoes upon entry to facility that do not properly support arch of spine and caused massive amount of pain in my feet, heels, and back while wearing them. I was forced to endure deplorable living conditions by sleeping on a one to two inch thick small bedding

4                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

like mattress that caused me significant injuries to my back, hip, Shoulder and bed sores from having to lay on hard surfaces for a extended periods of time in a freezing below temperature cell Room, I was repeatedly neglected for the medical attention I Needed for my injuries and pain/mental medicines. The unattentiveness of staff and medical services at the Jail furthered my injuries by not acting promptly to my medical Emergency my injuries but not limited to bed sores, bruises, gotten sick, lost of hearing and Vision, delayed medical attention for Nerve damage in right hand which resulted in intensive pain and suffering, a severe back and Shoulder injury by way of falling from the bunk in cell after repeatedly informing staff of my doctor issued bottom bunk bed requirement Permit instructions for all staff to abide by. on 5.30.17, I was Jump by gang members (latin folks). ① I was forced to go in the washroom to fight one guy. The gang told me either I go in the washroom with dude or get Jump by us (latin folks) which consist of latinos, whites and blacks. on the outside I showed no fear but on the inside, I was Scared for my life. There wasn't no officer in the area, So I was forced to fight this guy or a Job that the the officer gave me, when I went inside the bathroom to fight one person, I ended up fighting 4 to 5 guys by myself. I had blood all over me, my head and shoulder hurted and I bit or stab in my hand and stomach. I was sent to

---

dispensary, than to cermak, the latin folks told me if I tell anybody what happen, they would retaliate on me. ~~[crossed out]~~

I do not gang bang so I'm basically alone. They Jump, Stab, extort, killed which put fear in inmates. the ~~[crossed out]~~ officer know I was Jump but I was to afraid to say anything. The latin folks ~~[crossed out]~~

① Add
I'm legally blind and I should have never been in that situation. I should have been protected

IV. statement of claim Add Pg 3

Afterward, the officer still made me soak in my own feces and urine, further humiliating me in front of everybody. Than after the smell worsen, than the officer let me used the washroom, 30 mins later, which took a total of 45 mins altogether. [3] on 4·29·18, the officers were conducting a search on ourselves and cells. The officer told the inmates, this is a old school search while putting his hand inside my boxer, pulling them back, revealing my butt. If he believe that I had something on me, he was supposed to put me through the metal detector. He applied a strip search on me. [4] In division 10, from 6·15·18 to 8·14·18, I didn't receive a mattress. I was given 3 thin cotton strip, wrap around a sheet. I wrote a grievance and the response said, "division is waiting on mattress and will receive one." I never did. In division 9, from 8·14·18 to 8·21·18, I received the same treatment by not getting a mattress. [5] Regarding toilets, In division 9, I went 13 days without a working toilet (11·3·18 to 11·16·18). Me and my celly was forced to shit in a inadequate toilet when officer either refused or took to long to come. In divison 6, I went 7 days without a working toilet (6·22·18 to 6·29·18). [6] Regarding sinks, In division 9, I went 7 days without a working sink (6·22·18 to 6·29·18). In division 10, went 38 days without a working toilet (5·30·18 to 7·6·18), [7] 3 seperate times, my legal mail was open without my knowledge or me being present. I wrote a grievance about this matter and the response said, "All mail is subject to search by security, however, all your information remain confidential (on 4·5·18, 8·28·18 and 8·31·18), CCJ basically admitting to violating my rights by opening my legal mail. [8] Acting superintendent, Jason Cianciarulo, refused to pay me for CCJ for passing out the lunch trays. on 1·8·18, I had words with supt Cianciarulo. when I came back from psych court, my property was pack in holding, per supt. I was missing alot of property. I notified the holding officer and told about my property and neither cared, supt Cianciarulo

is at fault by not allowing me to pack up my own property. If you look at the camera, you'll see inmates taking my property. I wrote a grievance on the supt and he responded to it. He not supposed to answer a grievance on himself. I had food, clothes, cosmetics, legal books / legal work, glasses and my Quran. [9] [#] In division 9, 9·29·17 to 1·8·18, I was in a freezing cell (20 degrees). [10] The tier workers were handling food without gloves and hairnet. Anybody handling food must have those items. [11] CCJ commissary is over pricing items. They selling items that say, not to be sold individual but CCJ does it anyway. They selling items 3 to 4 times more than [strikethrough] it should be. [12] Regarding medical director, Psych director, supervisor and executive staff of Cermak health services. I didn't receive my psych meds 31 times, sometimes both shift without psych meds. This is ridiculous. I have date and grievances to support what I'm saying. I have PTSD and Bipolar depression. On 4·27·18, MHS (mental health specialist) Mrs Johnson violated Cook County rules, that medical is consider private and protected, she violated my patient / client confidentiality and HIPPA violation. MHS Johnson told the officers what psych meds I take, that I been seen 3 times in 2 weeks and that I'm not hearing voices. I ask her to stop telling the officer my psych issues but she ignored. She claim that she would have know when she first seen me. That sound crazy. The psych doctor told me that MHS can't diagnosed you or prescribe you medicine and to not pay attention to them. Whenever you feel sad, depress or hearing voices to write to her. I wrote a grievance on this matter and the response said, That they will train and re educated her. That was bs because she know how to act as a professional. She went to school for this. On 2·12·18, MHS mrs williams, was supposed to talk to me about depression and suicidal thoughts. She had an attitude with me and started to complain because I seen MHS the week before. That didn't make any sense. I felt more depress, if it wasn't for my celly, I would have tried to kill myself. I was glad that my counselor talk to me

IV. Statement of claim add 5

Mrs Hughes. The mental health dept need to improved at CCI. I should never feel like I can't talk to the W.H.S. on 9.17.18, my first officer, till out a intergency form (crisis form) that talk to MHS I didn't talk to nobody til 4 days later, my first officer was furious because he fill out the form for me to talk to MHS, CCI need more MHS, counselors, and nurses who are trained for cns's, issues. The dental dept at CCI is terrible. The dentist refused me a Root canal. They only want to pull your teeth. It took me over 9 months to see the dentists after repeatedly put in request slips for lower left bottom teeth hurt. I was rescheduled more than 4 times, grievance # 2017X/653 and 2017 653 I have nerve and tendent damage in my right hand. I was constantly denied pain meds "Naproxen", Then my pain meds giving me my pain meds during med line. That didn't make any sense at all. I had to suffer a lot of times because cermats staff didn't know when they were doing, I + took me 9 months to see the eye doctor and over a year for me to get some glasses. I wrote to all the supervisors and exec staff at cermats, letting them know my complaints and what has been throwgh, It seem like nobody cared, I been denied medical treatment and medication. My client/patient confidentialty and HIPPA Rights were violated.

My claim's for violation of confinement conditions, Failure to protect and medical deliberate indifference in a correctional facility.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite
no cases or statutes.

to award me compensation damages in the amount of 20 million dollars for my physical injuries suffered during my stay at CC including but not limited to physical pain and suffering endured, emotional distress and mental Anguish because of those injuries. Award me punitive damages in the amount of 20 million dollars for the level of of negligence and inhumane treatment and conditions suffered through. Disregard for my civil rights and malicious action taken upon me, failure to protect and deliberate indifference by medical staff, I also want my medical records and my legal books that were taken or stolen

**VI.     The plaintiff demands that the case be tried by a jury.    ☒ YES     ☐ NO**

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief. I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this __11__ day of __19__, 20__19__

_____

_____
(Signature of plaintiff or plaintiffs)

Ernest Brown
_____
(Print name)

M15079
_____
(I.D. Number)          5835 State route 154

_____Pinckneyville  C C_____

_____Pinckneyville, IL 62274-3410
_____(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Certificate of Service

I, Ernest Brown, swear under penalty of perjury that I served a copy of this attached document on Thomas J. Dart and Cook County Superintendent Jason Ciancianulo by placing it in the mail at the Cook County correctional center on 11·19·19

Ernest Brown    11·19·19