

**United States District Court**
**Northern District of Illinois**
## Prisoner Civil Cover Sheet



FILED
JAN 03 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** ERNEST BROWN

**Defendant(s):** THOMAS J. DART, etc., et al.

**County of Residence:** Perry

**County of Residence:**

**Plaintiff's Address:**
Name: Ernest Brown

Unit Field: M-15079

(Prisoner ID Field (USM# ONLY))

Address:
Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, IL 62274

**Defendant's Attorney:**

1:20-cv-0059
Judge: John Z. Lee
Magistrate Judge: Susan E. Cox
PC 9

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
■ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
■ 1. Original Proceeding
☐ 5. Transferred from Other District
☐ 2. Removed from State Court
☐ 6. MultiDistrict Litigation
☐ 3. Remanded from Appellate Court
☐ 7. Appeal to District Judge from Magistrate Judgment
☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ■ Yes ☐ No

**Signature:** _[signature]_ **Date:** 01/03/2020

14cv3032/Lee/Cox

Rev. 02/12/2019